1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
DAVID LERCH, CA SBN 229411
4 | Special Assistant United States Attorney
     160 Spear Street, Suite 800
5 |      San Francisco, California 94105
     Telephone:  (415) 977-8936
6 |      Facsimile:  (415) 744-0134
     E-Mail: David.Lerch@ssa.gov
7 |
Attorneys for Defendant
8 |
                    UNITED STATES DISTRICT COURT
9 |
                    EASTERN DISTRICT OF CALIFORNIA
10 |
                         **FRESNO DIVISION**
11 |

12 | TOM CHRISTY STRONG,                    )
                                          )     Case No. 1:12-cv-264-GSA
13 |        Plaintiff,                      )
                                          )
14 |        v.                             )     STIPULATION AND **ORDER** FOR A FIRST
                                          )     EXTENSION OF TIME FOR DEFENDANT
15 | MICHAEL J. ASTRUE,                    )     TO RESPOND TO PLAINTIFF'S OPENING
     Commissioner of                       )     BRIEF
16 | Social Security,                       )
                                          )
17 |        Defendant.                      )
     _____   )
18 |

19 |

20 |        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

21 | record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening

22 | Brief.  Counsel for Defendant requests this extension in light of his mentoring duties, other district court

23 | litigation, and substantive non-litigation matters.

24 |        The current due date is October 24, 2012.  The new due date will be November 23, 2012.  The

25 | parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

26 |

27 |

28 |

1

Respectfully submitted,

2

Dated: October 18, 2012

3

/s/ *Brian C. Shapiro*
(As authorized via email)
BRIAN C. SHAPIRO
Law Office of Lawrence Rohlfing
Attorney for Plaintiff

4

5

6

Dated: October 18, 2012

BENJAMIN B. WAGNER
United States Attorney

7

8

By:

/s/ *David W. Lerch*
DAVID W. LERCH
Special Assistant U.S. Attorney

9

10

Attorneys for Defendant

11

12

ORDER

13

IT IS SO ORDERED.

14

Dated:     **October 19, 2012**

15

**/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28