BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, IL SBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8936
    Facsimile: (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| TOM CHRISTY STRONG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 1:12-cv-264-GSA<br><br>STIPULATION AND **ORDER** FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief. Counsel for Defendant requests this extension in light of his mentoring duties, other district court litigation, and substantive non-litigation matters.

    The current due date is October 24, 2012. The new due date will be November 23, 2012. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 18, 2012
/s/ *Brian C. Shapiro*
(As authorized via email)
BRIAN C. SHAPIRO
Law Office of Lawrence Rohlfing
Attorney for Plaintiff

Dated: October 18, 2012
BENJAMIN B. WAGNER
United States Attorney

By:   /s/ *David W. Lerch*
DAVID W. LERCH
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

**Dated:   October 19, 2012**           /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2 - Stip & Order Extending Def's Time